

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2021

No. 04-21-00272-CR, 04-21-00273-CR, 04-21-00274-CR

The **STATE** of Texas,
Appellant

v.

Marco Antonio **GLORIA**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-02-07981-MCRAJA, 19-02-07982-MCRAJA, 19-02-07984-MCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

On June 9, 2021, appellant the State of Texas filed a notice of appeal stating its intent to appeal an "order granting a mistrial/new trial in these cause numbers." The clerk's record, which was filed on July 30, 2021, does not contain any written orders. A trial court's oral announcement of its decision in open court is not final and appealable until the trial judge signs a written order. *State v. Kibler*, 874 S.W.2d 330, 332 (Tex. App.—Fort Worth 1994, no pet.).

We therefore **ORDER** appellant to file in this court **by October 1, 2021**, a response showing cause why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court